FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREE TOP, INC., and CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S,<br><br>Plaintiffs,<br><br>v.<br><br>LIQUI-BOX CORPORATION, a/k/a Liquibox Corp,<br><br>Defendant. | No.  1:21-CV-03109-ACE<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE<br><br>**ECF No. 70** |

**BEFORE THE COURT** is the parties' October 1, 2024, stipulated motion for dismissal. ECF No. 70. Plaintiffs are represented by James F. Whitehead and Defendant is represented by Kelly Drew Rooksby. The parties have consented to proceed before a magistrate judge. ECF No. 22. The parties stipulate and agree that this action be dismissed as to all claims, cross-claims, and/or counterclaims, with prejudice, and with all parties responsible for their own fees and costs. ECF No. 70.

Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulated motion to dismiss this case with prejudice and without costs to any party, **ECF No. 70**, is **GRANTED**.

2. Plaintiffs' complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

ORDER - 1

3. All pending deadlines and hearings are **STRICKEN**.

4. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED October 1, 2024.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 2